RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT 22 MAY 11  PM 2: 42
SOUTHERN DISTRICT OF NEW YORK

Mamadou   Barry
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Anthony   C.   Russo

Sookdew      Ramdeen

Royce

Polanco

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Mamadou | | Barry |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

N/A

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

N/A

Current Place of Detention

Green Haven Correctional Facility.  P.O. Box 4000

Institutional Address

| Stormville | New York | 12582-4000 |
|---|---|---|
| County, City | State | Zip Code |

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

Anthony      Russo

First Name          Last Name                    Shield #

DSS/ Acting Superintendent.

Current Job Title (or other identifying information)

Green Haven Correctional Facility. P.O. Box4000

Current Work Address

Stormville          New York        12582-4000

County, City                State                  Zip Code

**Defendant 2:**

Sookdew        Ramdeen

First Name          Last Name                    Shield #

Correctional Officer.

Current Job Title (or other identifying information)

Green Haven Correctional Facility. P.O. Box 4000

Current Work Address

Stormville          New York        12582-4000

County, City                State                  Zip Code

**Defendant 3:**

Royce

First Name          Last Name                    Shield #

Superintendent.

Current Job Title (or other identifying information)

Green Haven Correctional Facility. P.O. Box4000

Current Work Address

Stormville          New York        12582-4000

County, City                State                  Zip Code

**Defendant 4:**

Polanco

First Name          Last Name                    Shield #

Sergeant.

Current Job Title (or other identifying information)

Green Haven Correctional Facility. P.O. Box4000

Current Work Address

Stormville          New York        12582-4000

County, City                State                  Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: G-block, one company 1-128cell. Infirmary second floor.

Date(s) of occurrence: From November, 2020, to January, 2021.

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

This is a complaint against each of the defendents named in the caption for failure to Supervise, Breach of duty, Cruel and unusual punishment, Deliberate indifference, and among other things. First, eighth, and fourteenth Amendment violation That on December 16th 2020, while imprisoned in Green Haven Correctional Facility. At approximate 8:05pm, Plaintiff returned from commissary to "G" block one company. Upon entering "G" block, Plaintiff asked Officer "Ramdeen." "not to open Plaintiff,cell 1-128, for the rest of the night, because Plaintif received every thing Plaintiff signed up for". Officer "Ramdeen". responded in sum and substance; " Dont tell me how to do my job, go lock in, thats a direct order". Plaintiff proceeded to walk the company, and entered Plaintiff cell 1-128, and closed the cell gate. A minute later, an Officer walked one company and secured all the cell gates. ( Now Plaintiff feeling safe and secured inside of a cell controlled by the defendent Officer "Randeem.". whom took oath to protect Plaintiff from assault and guard Plaintiff  Constitutional rights.)  As soon Plaintiff began to take items out of Plaintiff commissary bag, Plaintiff's cell 1-128, opened. and as Plaintiff motioned to

turn around to see why cell 1-128,open; Plaintiff met with punches to the face, and felt a sharp object on the left side of Plaintiff's face. soon there, Plaintiff lost conscious for a period of time. when Plaintiff finally regained conscious; Plaintiff was on the floor inside of Plaintiff cell 1-128, bleeding profusely with no help. ( there is no emergency button inside of Plaintiff cell 1-128, to press for help.) Inmate " Cephas". Din: 10 A 0468. a porter in "G" block one company, saw Plaintiff laying on the floor inside of Plaintiff

**INJURIES:**          see attach.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

1. Bottom half of the right side of Plaintiff's nose missing. 2. Deep laceration to Plaintiff's left cheek. 3. Lump above Plaintiff right and left eyes. 4. Blunt force trauma to Plaintiff's head. 5. Multiple superficial lacerations to Plaintiff's right and left hands, and among other mental injuries Plaintiff continued to suffer from. The medications names will be provided in a form of medical document

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

Wherefore, Plaintiff respectfully prays that this Honorable Court enter judgement granting Plaintiff 1983 claim.

2) Declaration that the acts and omissions described herein violated Plaintiff's Rights under the Constitution and Laws of the United States.

3) Compensatory damages in the amount of $208.000.00 against each defendant, jointly and severally.

4) Punitive damages in the amount of $346.000.00 against each defendant.

(VI) continiued

5) A jury trial on all issues triable by jury.

6) Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein.

Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this Honorable Court grants the declaratory and injunctive relief which Plaintiff seeks.

7) Any additional relief this Honorable Court deems just, proper, and equitable.

cell 1-128, bleeding, and left to die. Inmate " Cephas". ran

to the "BUBBLE" and informed the defendant Officer " Ramdeen".

that Plaintiff is inside of his cell 128, on the floor bleeding

through his nose, and he need emergency medical response ASAP.

( no medical responded to Plaintiff cell 1-128, no nurse, no

doctor.)( at this point, the defendent Officer " Ramdeen".

are so detached from his job, that he had no idea that Plaintiff

had been assaulted inside of a cell he opened.).

Before moving forward, Plaintiff would concisely describe the

"BUBBLE" and the process it takes to open any cell gate.

( The BUBBLE is a station in which the "A" Officer operate.

Its located at the front of each block. Metal bars, with clear

glass that allows the "A" Officer to see the entire company,

from front to back. The process of opening a cell gate.

1. Must gain access to enter the BUBBLE, which require a key.

2. Must gain access to the lock box, which also require a

different set of key.

3. Must locate the cell number inside of the lock box.

4. Must grab the metal stick and pull it down. Than, and only

than, a cell would open.).

Plaintiff was left to bleed out inside of his cell 1-128, with

no help. At some later time, and Officer responded to Plaintiff's

cell 1-128, , whom Plaintiff later learned to be Officer

" Joanette." Upon seen Plaintiff on the floor inside of

Plaintiff's cell 1-128, Officer " Joanette " ran to the BUBBLE

Few minutes later, Officer " Joanette " returned to Plaintiff's

cell1-128, and told Plaintiff that " I informed the people in
charge that you need emergency medical response, but I was told
that if you need medical attention, you have to get to the infir-
mary". Officer "Joanette", helped Plaintiff get off the floor
and held Plaintiff right arm all the way to the infirmary, not
long there, Plaintiff lost conscious. At some time during the
ambulance drive to "Putnam Hospital", Plaintiff regained conscious
At "Putnam Hospital," Plaintiff received stichers on the deep
laceration to the left cheek. there the doctor informed Plaintiff
and the two Officers that escorted Plaintiff, that "Plaintiff
need to be transfered to Westchester Hospital as soon as poseble
to receive a general surgery on the missing part of Plaintiff
nose, the soon, the better, so that the wound d'ont get infected".
Plaintiff was transfered back to the Facility, and was placed
in the infirmary second floor. Confined in this cell that was
built exclusively  for inmates whom are suspected of smuggling
contraband in the Facility. There were "feces" inside of the
 toilet , and the flushing of the toilet is controlled somewhere
outside of the cell. The "feces" smell was beyond atrocious; word
cannot describ it, how unconfortable and unhumane it was for
Plaintiff. The cell had a broking glass window, which render
the room below degrees cold. Plaintiff was not provided with
a blanket, nor pillow. Plaintiff was denied his Religious diet
meals. (KOSHA). Plaintiff was confined in this cell 24 hours
a day. Plaintiff complained about the above violations of
Plaintiff Civil Rights, to multiple Officers. Some of the
Officers would simply say " Iam cold standing here talking to

you, but there is nothing I can do for you. I take orders from my Superiors, and Plaintiff should complain to the Superintendent Mr.Royce, he's the only man that can move you out of that cell". Plaintiff took multiple steps to addressing the unhumane living condition that the defendants subjected Plaintiff to. Plaintiff wrote (3) three different letters to the Superintendent Mr.Royce,  dated: 12-17th 2020. 12-19th 2020. 12-22nd 2020. see attach exhibits (M.N.O.) Plaintiff also spoke with the Superintendent, Mr.Royce, on the 17th of December 2020, and the 19th of December 2020. In both occasions, Plaintiff reminded and explained to the Superintendent, Mr.Royce, that " Plaintiff was assaulted on the 16th of December 2020, upon returning from Putnam Hospital, Plaintiff was placed in this cell that was exclusively built for inmates whom are suspected of smuggling contraband in the Facility,2. the cell is below degrees cold due to a broking glass window. 3. there is feces in the toilet for the past few days. the flushing of the toilet is controlled by an Officer outside of the cell. 4. Plaintiff was not provided with a blanket nor a pillow. 5. Plaintiff have not eat for the past three days due to the Officers refusing to provide Plaintiff with his religious diet meals (KOSHA). Plaintiff provided the Superin-tendent, Mr.Royce, with his religious KOSHA card. After a moment of examining Plaintiff religious KOSHA card, Mr.Royce, passed back Plaintiff card and stated in sum and substance "I dont care about none of those issues you just presented to me. is three things I care about, you been alive, you not escaping, you not hurting my Officers. anything other than that, is secondary to me"

The Superintendent, Mr.Royce, walked away from Plaintiff cell.
On the same day, December 19th 2020, on the 3 to 11 shift,
Plaintiff was moved to another cell; which Plaintiff took as
a " mockery ". the cell Plaintiff was moved in also had a
broking glass window, the cell is colder than the cell Plaintiff
lefted. still no blanket, no pillow, no religious diet meals
KOSHA. no rec. for Plaintiff for the last (3) three days.
confined in a cell 24 hours a day. the only change of living
condition for Plaintiff was that Plaintiff was able to flush
the toilet in the second cell Plaintiff was moved in.
Plaintiff wrote (DSS) Mr.Russo, (2) different letters , dated:
December 21st 2020, December 27th 2020, in which Plaintiff
requested a better living condition, and to be treated equaly
see attach exhibits (A1.D1).
Plaintiff also spoked with (DSS) Mr.Russo, on the 23rd of December
2020. Plaintiff explained to Mr.Russo, the unhumane living
condition that the defendants subjected Plaintiff to. Plaintiff
showed Mr.Russo, the broking glass window, and informed him that
Plaintiff have not eat for the past (7) seven days. Plaintiff
are provided with an "apple on every meal time". no blanket, no
pillow, no religious diet meals KOSHA. Plaintiff provided Mr.Russ
with his religious diet card. and Plaintiff is confined in a cell
24 hours a day, seven days a week. Mr.Russo, stated "I cant
help you, and I know you spok with the person that can help you,
so dont get me involve". Mr.Russo, walked away from Plaintiff cell
over the next few days, Plaintiff continued to address the violat
ions through different personals in the Facility, to no avail.

Defendants kepted Plaintiff in this cell for few more days
before moving Plaintiff to a (4) four men room. the bathroom
split the four inmates beds. two on each side.

Plaintiff bed was next to an inmate that was receiving diet
meals.  Plaintiff spoked with (3) three of the defendants mention
in the caption. Mr.Royce, Mr.Russo, Mr.Polanco, multiple times
informing each and everyone of them, that the inmate next to
Plaintiff bed are receiving his diet meals, and for Plaintiff
to be denied his religious diet meals are is a discrimination.
to no avail.

Plaintiff was kepted in the infirmary second floor for (38) days
without religious diet meals.

Plaintiff was also requesting through the Superintendent,
Mr.Royce, and Mr.Russo, the (DSS) acting Superintendent to
order Plaintiff transfer to "Westchester Hospital" for a general
surgery on Plaintiff missing nose. Both defndants refused to
send Plaintiff to the hospital for the general surgery.

Plaintiff wound got infected, and was rush to "Westchester
Hospital". there the wound was cleaned, and Plaintiff was
transfered back to the Facility. Plaintiff was kepted in the
infirmary second floor for over (3) three weeks before
transfer was approved by the Superintendent, Mr.Royce, and
(DSS) Mr.Russo.

Plaintiff was released from the infirmary second floor in
January 2021. Plaintiff was sent back in the same cell
Plaintiff was assaulted in, 1-128, "G" block.

On January 24th 2021, Plaintiff was called to the ID room for
a new ID picture. There Plaintiff's injury pictures are posted
on the wall. Plaintiff requested that those pictures be taken
down. The Officer responded " these pictures are obtained through
F.O.I.L., therefore, I have the right to possess them, and the
right to put them anywhere I wish".

Plaintiff wrote the Superintendent, Mr.Russo, and informed him
that Plaintiff injury pictures are posted in the ID room wall,
and respectfully requesting that he order his Officers to take
those pictures off the ID room walls because the ID room is a
place where alots of Officers gather on their lunch break, and
all inmates take ID pictures in the same room.

see attach exhibit  ( E1. ).

On the 27th of January 2021, Plaintiff spoked with the Superinten
dent, Mr.Russo, about Plaintiff injury pictures being posted
inside of the ID room wall. Plaintiff requested that the
Superintendent order those pictures to be taken down. The
Superintendent, Mr.Russo, responded " an Officer requested those
pictures from F.O.I.L. therefore, he have the right to obtain
the pictures, and have the right to post them wherever he want".

Plaintiff informed the Superintendent, Mr.Russo, that allowing
those injury pictures to be posted on the wall is humiliating
Plaintiff, and causing Plaintiff mental stress.

The Superintendent, Mr.Russo, replied " there is nothing I can
do about that". Mr.Russo, walked away from Plaintiff.

Plaintiff continued the effort to get those injury pictures off
the ID room wall by talking with other Facility personals.
to no avail.

on the month of November 2020, Plaintiff began to received
"threat notes" on Plaintiff's bed every time Plaintiff returned
from a call-out, or rec.

Plaintiff wrote (2) two letters to the Superintendent, Mr.Royce,
about these threat notes that Plaintiff was receiving, dated:
11-07-2020, 11-12-2020. Plaintiff spoke with the Superintendent,
Mr.Royce, on 11-09-2020, 11-19-2020, 11-21-2020.
see attach exhibits (K.L. ).

Plaintiff wrote (3) three letters to the (DSS) acting Superintend
Mr.Russo, informing him about these threat notes. Plaintiff
sent some of the threat notes to the acting Superintendent
Mr.Russo, see attach exhibits (B1.C1.H1.)

Plaintiff spoke with Mr.Russo, few times about these threats
and requested to be moved out of "G" block for safety concern.
to no avail. see attach exhibit (S.).

Plaintiff informed both defendants that Plaintiff fair for his
safety, and requested to be moved to another block, and fully
investigate the matter. to no avail.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | | Plaintiff's Signature |
|---|---|---|
| Mamadou | | Barry |
| First Name | Middle Initial | Last Name |
| P.O. Box 4000, Green Haven Correctional Facility | | |
| Prison Address | | |
| Stormville | New York | 12582-4000 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: MAY 4TH 2022

CLAIM OF RELIEF.
--------------------

It is according to our Constitution that Plaintiff
bring this claim to this Honorable Court. and since the law
is a declaration and application of justice. and justice being
the central star which govern societies, the principle and the
regulator of all transactions. Nothing takes place between men
save in the name of right; nothing without the invocation of
justice. Nevertheless, I build no system. I ask an end to
privilege, equality of rights, and the reigh of law; justice,
nothing else. That is the alpha and omega of Plaintiff's claim.
Here now began the greatest and most unforgettable time of my
earthly existence, as though it were yersterday. Images passes
before Plaintiff's eyes of the horror that took place at Green
Haven Correctional Facility, in "G" block, inside of Plaintiff's
cell 1-128, on December 16th 2020, at approximate 8:05pm.
Here Plaintiff repeat and re-alleges the foregoing paragraphs
as if fully set forth herein, Plaintiff is a convicted State
prisoner, housed in Green Haven Correctional Facility. On
December 16th 2020, at approximate 8:05pm. Plaintiff returned
from commissary to "G" block. Upon entering "G" block, Plaintiff
walked to the "BUBBLE" where Defendant "Officer Ramdeen", was
working as the "A" Officer. Plaintiff informed the Defendant
Officer Ramdeen, that " I've received everything I sighned up
please, dont open my cell gate for the rest of the night".
Defendant Officer Ramdeen, knew about the "threat notes"
Plaintiff was receiving, because Plaintiff had informed all the

Officers that work in "G" block, about the "threat notes".
Plaintiff wrote (3) three letters to the Superintendent, Mr.Royce
about the threat notes.  see attach exhibits (K.L.I1).
Plaintiff also spoked with the Superintendent, Mr.Royce, about
these "threat notes". on 11-9th 2020, 11-19th 2020, 11-21st 2020.
Plaintiff wrote (4) four letters to the acting Superintendent,
Mr.Russo, about these "threat notes"  Plaintiff was receiving.
see attach exhibits (B1.C1.H1.)
Plaintiff spoked with the acting Superintendent, Mr.Russo,
multiple times about these threat notes. see attach exhibit (S  )
The defendant, Officer Ramdeem, responded in sum and substance
"dont tell me how to do my job, go lock-in; thats a direct order"
Plaintiff proceeded to walk the company, and enter his cell
1-128, and closed the cell gate. see attach exhibit ( T ).
Few minutes later, an Officer walked one company and secured all
the cell gates on one company. ( Now, Plaintiff feeling safe
and secured inside of a cell controlled by the defendant,
Officer Ramdeen, whom took oath to protect Plaintiff from an
assault, and guard Plaintiff Constitutional rights).
as Plaintiff began to take items out of Plaintiff commissary
bag, all of sudden, Plaintiff's cell gate opened. as Plaintiff
motioned to turn around; Plaintiff met with punchers to the
face, and felt a sharp object on the left side of Plaintiff face.
Plaintiff lost concious for a period of time. when Plaintiff
regained concious, Plaintiff was on the floor inside of his cell
1-128, bleeding profusely. Inmate "Cephas", Din:10A0468. A porter
in "G" block, saw Plaintiff

laying on the floor inside of Plaintiff's cell 1-128, bleeding
through the nose and face; inmate Cephas, ran to the BUBBLE and
informed Officer Ramdeen, that Plaintiff is on the floor inside
of his cell bleeding throght the nose and face, he need a emergen
medical response, ASAP.

( No medical responded to Plaintiff cell, no nurse, no doctor.)
At some time , an Officer responded to Plaintiff cell 1-128,
whom Plaintiff later learned to be Officer Joanette,
Upon Officer Joanette, sein Plaintiff on the floor inside of cell
1-128, Officer Joanette, ran to the BUBBLE. Few minutes later,
Officer Joanette, returned to Plaintiff cell and informed Plainti
that " I informed the people in charge that you need a medical
response, but I was told that if you need medical attention, you
have to get to the infirmary". Officer Joanette, helped Plaintiff
off the floor, and held Plaintiff right arm all the way to the
infirmary. see attach exhibit ( U  ).

Few hours later, upon returning from "Putnam Hospital", Plaintiff
was placed in a cell that was exclusively built for inmates
whom are suspected of smuggling contraband in the Facility.
2.the were "feces" in the toilet, and the flushing of the toilet
is controlled from the outside of the cell. the smell was beyond
atrocious, words cannot describ it, other than, it being unhumane
living condition.

3. The cell glass window broking, which render the cell tempertur
below degrees cold.

4. Plaintiff was not provided with a blanket, nor a pillow.

5. Plaintiff was denied Religious diet meals KOSHA.

here Plaintiff would go (3) days without food, blanket, pillow, broking glass window in the middle of winter. atrocious smell of someone else "feces", after being assaulted and nearly lost half of Plaintiff nose.

none of the defendants did nothing to help Plaintiff after having knowledge of these violations.

The defendant Officer Ramdeen, are so comfortable in violating Rules, Policies, Directives, and Civil Rights of inmates; he come to work as a Correctional Officer, and go to sleep on work hours. see attach exhibit (V )

The Green Haven Correctional Facility Officers and Supervisers "fishout Grievances" out of the Grievance box, read them; if they dont like the issue grieved, they would distroy the grievance. see attech exhibit (G1).

The defendants worry about no consequences, because it is a "costume" to them.

Plaintiff wrote multiple letters to the Superintendent, Mr.Royce, about these violations. see attch exhibits (M.N.O.P.)

Plaintiff spoked with the Superintendent, Mr.Royce, about these violations, by not only explaining , but also showing it  to him. The "feces", the broking glass window, the religious diet card.

The defendant, Mr.russo, was informed about these violations through letters and Plaintiff also showed the defendant, Mr.Russo The "feces" in the toilet, the broking glass window, the religiou diet card. Plaintiff informed Mr.Russo, that he have not eat for the past few days due to Plaintiff not receiving his religious diet meals. to no avail.

Plaintiff spoked with (SGT) Polanco, few times about these violations. Plaintiff showed (SGT) Polanco, the broking glass window, the "feces" in the toilet, Plaintiff's Religious diet Card, and explained him that Plaintiff cannot eat regular trays due to Plaintiff Religion. Plaintiff is a "RASTAFARIAN". Again, to no avail.

Plaintiff spoked with multiple Officers that worked in the infirmary second floor. to no avail.

Plaintiff  is a "RASTAFARIAN", and has been at all relevant times during Plaintiff's detention in Green Haven Correctional Facility. New York State Policies and Practicies, as applied in Green Haven Correctional Facility placed a substantial and unreasonable burden on Plaintiff's sincerely held Religious belief in away not reasonably related to any legitimate penological interest, such that Plaintiff was not able to practice Plaintiff's chosen Religion in good conscience. The defendant failing to provide Plaintiff's Religious diet meals. Accordingly, New York Policies and Practices in Green Haven Correctional Facility, violated Plaintiff's Civil Rights to the free exercise of one religion.Furthermore, because those practices resolted in a level of treatment of "RASTAFARIANS" whom are incarcerated in Green Haven Correctional Facility far below the level of treatment of other Religions. These practices here in this Facility, violated Plaintiff's Civil Rights to the equal protection of law.

These violations, are regular practices perpetuated at Green Haven Correctional Facilty, and they are allowed to persist in other sources.

these patterns and practice not only discourage inmates from grieving and complaining about violations, it also make inmates afraid of retaliation from the entire Facility, Officers and Supervisers. This is the reason why these practices continued to persist in a way  that violate inmates Civil Rights on the daily basic.

By the Directive and Policy of the Facility, Officers are to conduct "rounds" every hour. But because these defendants are so comfortable in violating directive and policies of the Facilit and not having to worry about any consequances. Here Plaintiff present copies of "G" block LOGBOOK, written by the defendants. see attach exhibits(Y.W.Z.).

Only (3) rounds was made on December 16th 2020, from 3to11 shift. One of those rounds was made soly because Plaintiff was assaulted the other two rounds was made on count time. which mean that no rounds was made in the entire (8) hour shift, other than count time. This is a direct violation of all the Directive of the Facility, and the Policies .

Plaintiff trying to give this Court a little glims of what goes o on in this Facility, through documentation.

The Green Haven Correctional Facility, Officers and Supervisers have created a "toxic" enviroment; falsehood, falsefying document cover ups, harrassements, retaliations, lack of adequate security protecting inmates from assault, Officers assaulting inmates, the list goes on.

Here (SGT) Polanco,wrote a misbehavior report that he knew wasnt true, and he also knew that no (LT) or (SGT) would dismiss a

misbehavior report written by a (SGT) or a (LT).

Plaintiff was denied to appear and testified on his own behalf.

Plaintiff did not waive his right to testified on his own behalf,
nor can the defendants provid any document with my signature
waiving my right to testified.

after the defendants conducted the hearing, and found Plaintiff
guilty of the charges in the misbehavior report. Plaintiff
requested to have an opportunity to hear the "tape".

Plaintiff wrote the Superintendent, Mr.Royce, to no avail.
see attach exhibits (P. ). Plaintiff spoked with Mr.Royce, about
obtaining the hearing "tape". again, to no avail.

Plaintiff wrote (DSS) Mr.Russo, about obtaining Plaintiff hearing
"tape". see attach exhibits ( F1. ). Plaintiff also spoked with
(DSS) Mr.Russo, about the matter, to no avail.

Plaintiff wrote "Record access Officer". requesting the "hearing
tape". Multiple letters was sent to FOIL Office. After. not
receiving a response from the records access Officer, Plaintiff
appealed the constructive denial to C.O.R.C. as always, C.O.R.C.
refered Plaintiff back to the Facility. see attach exhibits (I  )

Its been over (2) two years, Plaintiff have taken any and every
avenue available to Plaintiff, to no avail. The defendants not
only refused to provide Plaintiff with his hearing tape, they
have not provided Plaintiff with any document that would prevent
Plaintiff from obtaining his hearing tape to prepair his appeal,
These are the type of things that goes on in Green Haven
Correctional Facility, with the help of C.O.R.C. their decisions
on grievance appeals, encourage the Green Haven Correctional

Facility, Officers and Supervisers to continued engaging in a
unlawful patterns.

Her again, Plaintiff personal property, food, and sneakers was
destroyed without the authorization of Plaintiff, which is a
direct violation of the Facility Directive and Policy.

Plaintiff grieved this issue. I.G.R.C. reps aggreeded with Plaintiff
and staff disagreeded. Plaintiff appealed to the Superintendent,
the grievance was denied at that level. Plaintiff took a timely
appeal to C.O.R.C. there again, C.O.R.C. denied plaintiff grievance
throughout this grievance entire process, Plaintiff have presented
the only document that are needed to show that Plaintiff personal
property was destroyed without the authorization of Plaintiff.
that document is " form #2068". see attach exhibit (J. ).

The Superintendent denied Plaintiff grievance by stating " form
2068 indicates the grievant sighned form #2068, on 12-19th 2020,
where choice "D" is circle, and it is noted at the top of the
form that the items be destroyed". Plaintiff are presenting
to this Court a copy of the same form the Superintendent based
his decision upon. see exhibit atttach (J. ).

C.O.R.C. also made their decision based on the same document
it is clear on the same document, Plaintiff circle "A" for his
red sneakers to be mailed home on my expense; the property Office
sighnature, and Plaintiff home address on the form #2068.

The only document of prove in this grievance was presented to
both, the Superintendent and C.O.R.C. and both ignored the truth
and made their decision to support the Officer at the low level.
these kind of decisions that encourage the Officers to engage

in a unlawfull pattern.

Though there are Grievance program in this Facility, however, inmates in Green Haven Correctional Facility, does not benefit from this program. the records showed that more than 95% of grievances that was appealled to the Superintendent and to C.O.R.C. are denied; and many of these grievances have evidence to support the claim in the grievance.

In the month of November 2020, Plaintiff began to receive "threat notes" on Plaintiff's bed every time Plaintiff returned from a call-out, or rec.

Plaintiff wrote the Superintendent, Mr.Royce, about these threat notes, and also spoked with Mr.Royce, about these threats Plainti was receiving. to no avail.

Plaintiff wrote (DSS) acting Superintendent, Mr.Russo, about these threat notes, and also spoked with him few times about these threats. to no avail. see attach exhibits ( B1.C1.H1.)

Both defendants refused to investigate the threats, and refused to move Plaintiff to another block, or different cell.

Plaintiff submit to this Honorable Court, no immunity apply to the defendants mentioned in the caption, and each and every defendant are liable for each and every violation of Plaintiff Civil Rights.

therefore, Plaintiff ask for a judgement against each and every defendant in amount to be determined at trial.

and all what this Court deem just and proper.

PLAINTIFF REQUEST JUDGEMENT AGAINST EACH DEFENDANT.

## Defendant "Royce".

By failing to properly perform his duties as the
Superintendent of Green Haven Correctional Facility.
failing to act on the information that Plaintiff's
Constitutional Rights is been violated under his Administration.
failing to properly train his subordinates, and adequately
Supervise them.
The defendant, Mr.Royce, acted under the color of the State,
knowingly,and willingly deprived Plaintiff's guarranted Rights
by the United States Constitution.
No immunity apply to the defendant, Mr.Royce, his action, and or
lack of an action perhaps, caused Plaintiff's pain and suffering
of mental anxiety, and mental anguish.
Religious discrimination, and racial discrimination.
Thus, Plaintiff are entitle to the relief requested herein:
in the amount of being $248.765.00

## Defendant "Russo".

By failing to properly perform his duties as (DSS) and
acting Superintendent of Green Haven Correctional Facility.
failing to act on a information that Plaintiff was receiving
"threat notes", failing to investigate those "threat notes",
and failing to move Plaintiff to another block.
Here the defendant, Mr.Russo, did not uphold his "OATH" of

"Care" "Custody" "Control". The defendant, Mr.Russo, could've
easily prevented Plaintiff being viciously assaulted on December
16th 2020.

The defendant, (DSS) acting Superintendent, Mr.Russo, acted
under the color of the State, knowingly, and willingly violated
Plaintiff Constitutional Rights. Humiliated Plaintiff by allowing
his Officer to post Plaintiff injury pictures inside of the
ID room wall. a place where inmates takes ID pictures, and where
all the Officers gather on their lunch break.

pictures of Plaintiff injuries are also posted inside of the
BUBBLE, in "G" block.

The defendant, (DSS) acting Superintendent, Mr.Russo,abused his
Authority, and disregarded Plaintiff's Civil Rights.

No immunity apply to the defendant, Mr.Russo, his action,and or
lack of an action, caused Plaintiff's pain and suffering of
mental anxiety, and mental anguish.

Religious descrimination, and racial descrimination. Thus,
Plaintiff are entitle to the relief requested herein: in the
amount of being $208.978.00


Defendant "Polanco".

By failing to properly perform his duties as a (SGT)
and a commanding Officer in Green Haven Correctional Facility.
failing to act on a information that Plaintiff's Civil Rights
is been violated under his watch, and by writem a false misbehavi𝒪ℛ

report, which directly violated every rule, directive of the
Facility.

failing to adequately Supervise his subordinates.

No immunity apply to the defendant, Mr.Polanco, his action,
and lack of an action, caused Plaintiff pain and suffering of
mental anxiety, and mental anguish.

Religious discrimination, and racial discrimination. Thus,
Plaintiff are entitle to the relief requested herein: in the
amount of being $85.583.00


Defendant "Ramdeen".

By failing to perperly perform his duties as a
Correctional Officer.

failing to act on a information that Plaintiff was getting
"threat notes" , and not to open Plaintiff's cell 1-128,
for the rest of the night of December 16th 2020.

failing to uphold the "OATH" of "Care" "CUstody" "Control".

sleeping at work place during work hours, and acting reckless
towatrd Plaintiff safety.

No immunity apply to the defendant, Officer Ramdeen, his action
caused Plaintiff's pain and suffering of mental anxiety, and
mental anguish.

Thus, Plaintiff are entitle to the relief requested herein:
in the amount of being $105.947.00

JURISDICTION AND VENUE.


This Court has jurisdiction over this matter pursuant
to 28 U.S.C. 1331, because this action is a civil action
arising under the Constitution, Laws or treaties of the
United States.
This Court is the proper venue pursuant to 28 U.S.C. 1391,
because one or more defendents reside in this District and all
defendents reside in the State. The substantial part of the
events or omissions giving rise to this action occurred in this
District, and or one or more defendents are subject to the
Courts personal jurisdiction with respect to this action.




Exhaustion of Administrative Remedie.

Plaintiff has exhausted any and all appropriate
Administrave remedies available to Plaintiff, such as filling
of an inmate grievance, and all the appeal process is completed.
see attached exhibits. (A.B.C.)

## MOTION.

### Appointment of Counsel.

In this motion, Plaintiff respectfully request for Appointment of Counsel.

Though it is well settled that there is no right to appointment of Counsel in Civil matters. However, this instant case is one to be consider for appointment of Counsel for the following reasons: Plaintiff is a State convicted prisoner, proceeding as a pro-se litigant and does not have a license to practice the Law.

Plaintiff limited access to the Law library, and limited Law books. Due to the complexity, and lack of ability to investigate the crucial facts in this claim.

Plaintiff hereby respectfully requesting that this Honorable Court use its power and discretion for appointment of Counsel in this instant claim of 1983. and all what this Court deem just and proper.

## Preliminary Statement.

This is a Civil Right action filed by Mamadou Barry, a State prisoner, for compensatory and punitive damages, and injuctive relief pursuant to title 42 U.S.C. 1983, alleging violations of rights secured under the New York State and United States Constitution.

## Parties.

Plaintiff Mamadou Barry is a convicted State prisoner, under the custody of New York State Department of Corrections and Community Supervision. (N.Y.S.D.O.C.C.S.) Plaintiff is currently confined in Green Haven Correctional Facility. which is located at: Green Haven Correctional Facility, Po Box4000, Stormville, New York. 12582-4000.

Defendant Anthony  C. Russo, is the (DSS) acting Superintendent of Green Haven Correctional Facility, and also an employee of the State of New York. At all time mentioned in this claim. located at: Green Haven Correctional Facility.594 route 216 Stormville, New York, 12582.

Defendant Royce, is the Superintendent of Green Haven Correctional Facility, and also an employee of the State of New York at all time mentioned in this claim.
Located at:Green Haven Correctional Facility, 594 route 216 Stormville, New York,12582.


Defendant Polanco, a "SGT" in Green Haven Correctional Facility, and also an employee of the State of New York. at all time mentioned in this claim.
located at: Green Haven Correctional Facility. 594 route 216 Stormville, New York,12582.


Defendant Sookdew Ramdeen, is a Correctional Officer in Green Haven Correctional Facility, and also an employee of the State of New York, at all time mentioned in this claim.
located at: Green Haven Correctional Facility, 594 route 216, Stormville, New York.

LEGAL MAIL

NEOPOST
05/06/2022
US POSTAGE $002.36⁰
ZIP 12582
041M11466608

USM P3
SDNY

CORRECTIONAL FACILITY

MAMADOU BARRY #1341084
GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, N.Y. 10007-1312
PRO SE INTAKE UNIT

LEGAL MAIL

SDNY PRO SE OFFICE
2022 MAY 11  PM 2:05