Case 7:22-cv-03835-KMK Document 107 Filed 08/13/26 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMADOU BARRY,

Plaintiff,

- against -

ANTHONY RUSSO, SOOKDEW RAMDEEN, ROYCE and POLANCO

Defendants.

PROPOSED ORDER

22-cv-3835

Hon. Kenneth M. Karas
United States District Judge

Plaintiff Mamadou Barry (DIN 13A1084) is proceeding pro se and is incarcerated at Five Points Correctional Facility in Romulus, NY. A conference in this action is scheduled for 9/24, 2026 at 11:00 AM/~~PM~~. To secure Plaintiff's participation, it is hereby

**ORDERED** that Five Points Correctional Facility shall produce Mamadou Barry (DIN 13A1084) to participate by telephone in the conference scheduled for 9/24, 2026 at 11:00 AM/~~PM~~, and in any conference subsequently scheduled in this action; and it is further

**ORDERED** that Plaintiff shall be provided with a telephone equipped with a handset; and it is further

**ORDERED** that the Plaintiff's participation in the conference shall not be conducted by speakerphone; and it is further

**ORDERED** that Plaintiff shall be permitted to participate from a quiet location in which he is able to hear the Court and to be heard by the Court, and shall be permitted to have his papers in this action with him during the conference; and it is further

**ORDERED** that the Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: White Plains, New York
~~August~~ 9/14, 2026

KENNETH M. KARAS
United States District Judge